UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CALVIN ANTWAUN HILL,

    Defendant.
_____/

Hon. Hala Y. Jarbou

Case No. 1:23-cr-00042

**ORDER OF DETENTION**

Defendant appeared this date for a bond hearing. For the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no condition or combination of conditions will assure Defendant's appearance at trial.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on April 25, 2023.

                                    /s/ Sally J. Berens
                                  SALLY J. BERENS
                                  U.S. Magistrate Judge